# Exhibit H

| | |
|---|---|
| **From:** | McLeod, Michelle - HFD |
| **To:** | Pena, Samuel - HFD; Mann, Richard - HFD |
| **Subject:** | 419 Emancipation Ave_ ILMS documents |
| **Date:** | Tuesday, June 19, 2018 4:38:18 PM |
| **Attachments:** | 419 Emancipation Ave_ILMS documents.pdf |
| | ATPFile_CE6EEE48-3663-4393-AEBB-9A55F7C1723F.token |

FYI:  Pdf page 3 of the attached document has a summary of the most recent activity.  Vicki placed a hard hold in the system to sell no permits until further advised.