# Exhibit O



Form 2936
Page 1

## Child-Care Inspection Form
Southwest Key Programs, Inc - Casa Sunzal
#1681306

Arrival Date and Time      10/10/2018 01:00 PM
Departure Date and Time    10/10/2018 02:25 PM

## Part I: OPERATION INFORMATION

Location: 419 EMANCIPATION AVE, HOUSTON, TX 77003         Phone: (713) 962-3427
Permit Type:
Type: Child Care Services Only                            Capacity:
Status: Applicant
Director/Administrator: Marisela Saldana                  Designee/Registrant: Juan Sanchez
Director/Administrator:
Type of Inspection: Unannounced Application


Licensing Staff: DOMANIQUE VITAL                          Phone:
Address: 1425 E 40TH ST , HOUSTON, TX 77022


Licensing Supervisor: ALICIA COURTNEY                     Phone: (713) 696-3623
Address: 1425 E 40TH ST , HOUSTON, TX 77022


## Part II: NOTIFICATION
- ☑ Controlling Persons have been verified.
- ☐ Background checks have been verified.
- ☑ Children in Care:   0

All or part of the following laws, administrative rules or Minimum Standard rules have been inspected:

| | |
|---|---|
| ☑ Standard x Standard | ☐ L.Medication |
| ☐ B.Definitions and Services | ☐ M.Discipline and Punishment |
| ☐ C. Organization and Administration | ☐ N.Emergency Behavior Intervention |
| ☐ D.Reports and Record Keeping | ☐ O.Safety and Emergency Practices |
| ☐ E.Personnel | ☐ P.Physical Site |
| ☐ F.Training and Professional Development | ☐ Q.Recreation Activities |
| ☐ G.Child/Caregiver Ratios | ☐ R.Transportation |
| ☐ H.Children's Rights | ☐ S.Emergency Care |
| ☐ I.Admission, Service Planning,Discharge | ☐ T. Assessment Services - Additional Requirements |
| ☐ J.Child Care | ☐ U. Therapeutic Camp Services - Additional Requirements |
| ☐ K.Providing Children and Adult Care | ☐ TAC 745-Drug Testing |

Others:

Case 4:18-cv-03289   Document 9-15   Filed in TXSD on 11/12/18   Page 3 of 6



Form 2936
Page 2

**Child-Care Inspection Form**
Southwest Key Programs, Inc - Casa Sunzal
#1681306



Form 2936
Page 3

**Child-Care Inspection Form**
Southwest Key Programs, Inc - Casa Sunzal
#1681306

**Failure to maintain compliance on an ongoing basis may result in enforcement actions**

In an effort to improve our inspection process, we are soliciting your feedback about this licensing inspection at your operation. Please provide responses to the questions posed in the online survey. The survey will take approximately 5-10 minutes to complete. Go to www.CCLinspectionfeedback.org. Your answers and comments are greatly appreciated.

## ACKNOWLEDGEMENT OF RECEIPT

An inspection was conducted at my operation on the date below.  Deficiencies and, where applicable, technical assistance were discussed with me during the exit conference.  Failure to comply within the specified time limit or repetition of deficiencies may result in remedial action without further opportunity to correct the deficiencies.  I understand that if the results of this inspection were not given to me on this date, they will be sent through a supplemental letter within ten days of this inspection.

| Signature (Person Signing for Operation) | Date | Signature (Licensing Staff) | Date |
|---|---|---|---|
| *[signature]* | 10/10/2018 | *[signature]* | 10/10/2018 |

Signed By:    Administrator



Form 2936
Page 4

**Child-Care Inspection Form**
Southwest Key Programs, Inc - Casa Sunzal
#1681306

**Part III: INSPECTION INFORMATION**

Records Evaluated:

| | |
|---|---|
| Number of Children's Records: | Number of Staff Records: |
| Number of Children Enrolled: | Number of Staff Employed: |

Number of Maternity Home Residents:
Number of Homes:
Number of Birth Parents:
Number of Serious Incidents:

Inspection Dates:

| | |
|---|---|
| Fire Inspection: | Gas Pipe Pressure Test: |
| Health Inspection: | Last LP Gas Inspection : |
| Liability Insurance (exp.date) | |

Findings for this inspection are listed below:

| Standard/Rule Description | Specifics | Findings | Comply By | TA Given |
|---|---|---|---|---|
| 748.3101(1) Fire Inspection- Must have fire inspection before initial permit issued (Weight: Medium High) | Based on the information we have recieved from the city of Houston, the fire permit is not valid. | Deficiency | 11/10/2018 | N |

Notification Date: 10/10/2018

If you disagree with the actions or decisions of the licensing staff, you may request an administrative review within 15 days of the receipt of this inspection report by writing the Licensing Supervisor.



Form 2936
Page 5

**Child-Care Inspection Form**
Southwest Key Programs, Inc - Casa Sunzal
#1681306

Providers may comment on the findings of the inspection in the space below.

_____
_____
_____
_____
_____
_____