# Exhibit Q

| | |
|---|---|
| **From:** | Bernstein, Alan - MYR </O=HOUSTONTXMESSAGING/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=38127828FC4C42F1B0F79B0D44A5081E> |
| **Sent:** | Sunday, June 17, 2018 3:27 PM |
| **To:** | Sylvester Turner - MYR; Hunter, Marvalette - MYR; Benton, Mary - MYR; Makany-Rivera, Tanya - MYR; Lewis, Ronald - LGL; Icken, Andy - MYR; Williams, Stephen - HHD; Persse, David - HFD; Eichenbaum, Marc - HCD; Haddock, Carol - HPW; Reed, Alanna - HPW; Packard, Scott - HHD |
| **Subject:** | Q&A memo on Southwest Key's new lease in Houston and the new federal border policy |
| **Attachments:** | SWK (1).docx; ATPFile_CE6EEE48-3663-4393-AEBB-9A55F7C1723F.token |

Mayor,

The attached memo is based on information gathered by your staff to support your remarks to news media and any meetings with Southwest Key.

It's not for public distribution unless you say otherwise.

Thanks,

Alan

1

**Q&A on Southwest Key lease of 419 Emancipation**

*Who is Southwest Key?*

Founded in 1987 and headquartered in Austin, Southwest Key is a non-profit that houses and serves more than 225,000 minors across the nation.

By contract with the federal government, it houses "unaccompanied minor" immigrants in Texas, California and New Mexico. This includes children who cross the border alone and or who cross with adults and then are separated from them.

By contract with state and local governments, it houses juveniles detained by criminal courts in Florida, Wisconsin, New York, Florida, Georgia, Colorado, Texas and California.

SWK operates 16 of the 35 shelters in Texas that contract with the federal Office of Refugee Resettlement to house children who comes across the US-Mexico border.

Its president and founder is Juan Sanchez. According to Newsweek, his annual compensation is more than $770,000.

*Why has Southwest Key signed a long-term lease on a central Houston property that was once operated as a homeless shelter?*

Southwest Key officials told mayoral staffers, starting late last week, that its unaccompanied minors facilities elsewhere in Texas are approaching capacity, apparently due to the federal policy change that separates children from parents, and that the Houston property was the closest one to the border that it could find to operate with significant added capacity under the conditions of its federal government contract.

*Did Southwest Key give any city officials advance notice of its plans for the Houston facility?*

No. In fact SWK and its new landord signed a non-disclosure agreement with each other, according to the landlord partnership that Houstonian David Denenburg represents. The landlord, not SWK, applied for, through a third-party consulting firm, and received an occupancy permit from Public Works and a food service permit from Health.

*What other official permission must SWK receive before housing children there?*

SWK has applied to the state for a general residential operating license to house u**p to 240 childre**n from infancy to age 17, according to the Chronicle.

The city Health department will examine the facility to see if it can function as a shelter.

***What is SWK's recent track record for housing such migrant children?***

In the past two years, state inspectors found 150 health violations at the 13 shelters in Texas , including overflowing commodes, inadequate health care and verbal abuse of children by staff. SWK says that number is tiny compared to the number of children housed in its 13 Texas facilities (about 25,000) and the long checklist of health laws. SWK says it provides "compassionate care" aimed at re-uniting children with parents or guardians as soon as possible. However, news media reports say some children are not reunited with parent until after the parents are deported, if ever.

***Are SWK shelters "detention centers?"***

No, their parents were detained by the federal government. The children are not under detention. They are in quasi foster care. ICE, as part of the Department of Homeland Security, hands the children to the Department of Health and Human Services, under which the Office of Refugee Resettlement places the children in residential facilities, partly through contracts with SWK.

***What happens if SWK is thwarted from using the Houston facility?***

SWK and its surrogates imply things would get worse for the children -- they'd be house dat military bases and tent camps or abandoned to the mercy of sex traffickers and smugglers. But that assertion ignores other possibilities. If organizations such as SWK refuse to be enablers of an immoral, un-American immigration policy, the federal government might be left with no alternative than to re-united them with their parents. And as state Sen. Sylvia Garcia tweeted about what she called SWK's proposed "baby jail:"  "Jailing our children away from their parents is wrong. It should not happen anywhere, and we as Houstonians will not allow it to happen here."

*Why do officials such as Mayor Turner and Sen. Garcia suddenly object now? St. Michael's Home for Children, operated in Houston by the Catholic Diocese, has been accepting unaccompanied minor immigrants for years!*

This is talking point asserted by SWK, but there is no equivalency. St. Michaels tell us that of its 50 children in residence, 4 come through the unaccompanied minors policy that pre-dated the Trump administration, and those 4 children are "older" children. So SWK would be the first large scale facility here under the new separation policy SWK acknowledges to use that it can't pick and choose the ages and backgrounds of the children it is assigned by ORR.

***Before the Trump administration. were migrant children routinely separated from the parents with whom they crossed the border, either as asylum seekers or undocumented people?***

No.

***Why did the administration change the policy?***

U.S Attorney Jeff Sessions says the new policy is meant to deter more unauthorized border crossers. He has also declared that gang violence and domestic abuse in immigrants' countries of origin are no longer grounds for asylum status. The president says the new policy is a bargaining chip that would conceivably be rescinded if congressional Democrats compromise on immigration issues such as funding a border wall.

#