# Exhibit R

EXIT
STOP
EMERGENCY EXIT ONLY
ALARM WILL SOUND
STOP
DOOR FOR
EMERGENCY
USE ONLY
ALARM
WILL SOUND
PUSH TO OPEN - ALARM WILL SOUND