


Department of Public Works & Engineering
Building Code Enforcement Branch

## APPLICATION FOR OCCUPANCY, COMPLIANCE INSPECTION

*(Please Print)*

Name on Certificate: 419 HOPE PARTNERS, LLC "Southwest Key Programs"
Address of Business: 419 Emancipation Bldg A
Building No. (If Applicable): _____  Zip Code: 77  Total No. of Floors: 2
Number of Units (Apartment Building): _____  Phone Number: 7138220104
Previous Type of Business (If Different Than Proposed): _____
Present or Proposed Type of Business: Daycare / Adult Education
Square Feet: 12600

Mailing Address If Different Than Above:
Name: Lisa Brown / CityCodeGirl
Address: 14450 FM 2100 Ste. A-329
City/State/Zip: Crosby TX 77532
Email: lisa@citycodegirl.com

Applicant Signature: [signature]
I hereby declare the above information is correct

Org. C/O
REFS 020553365

**Please Complete the Deed Restriction Unsworn Declaration**

### FEE SCHEDULE

| Item | | Fee |
|---|---|---|
| Certificate of Compliance | | $456.13 |
| (Additional Floors Including Basement Levels) | Per Floor | $114.03 |
| Each Additional sq. ft. above 10,000 sq. ft. maximum of 200,000 sq. ft. | | $ 00.01 |
| Residential Multi-Family Buildings/Per Contiguous Project | (1 To 30 Units) | $456.13 |
| | (Each Additional Dwelling Unit) | $ 11.40 |
| Duplicate Certificate (Life Safety/Occupancy) | | $ 79.82 |
| Certificate Name Change Only | | $ 79.82 |
| Certificate for individual retail or office spaces less than 3,000 square feet in multi-tenant buildings | | $228.07 |
| If the certificate is requested in connection with the building core and the inspection is performed during the same inspection. | | $ 79.82 |
| Investigation fee (if warranted) | | $ 283.14 |

Administrative Fee of $28.50 per Application Not Included

### FOR OFFICE USE ONLY

Date: April 19, 2018   Application Processed By: [signature]
Key Map Location: 493V   Inspection Zone: 3
Project Number: 18049350   Date of Inspection: April 23rd 2018

City of Houston
Occupancy Inspections Section
P.O. Box 2688
Houston, TX 77252-2688

Form No: CE-1045A rev 01/01/2018     (832) 394-8880     Public Works & Engineering     Page 1 of 1

# EXHIBIT 1




Department of Public Works & Engineering
Building Code Enforcement Branch

## APPLICATION FOR OCCUPANCY, COMPLIANCE INSPECTION

(Please Print)

Name on Certificate __419 HOPE PARTNERS, LLC__

Address of Business __419 Emancipation (Previously Dowling St)__

Building No. (If Applicable) _____ Zip Code __77003__ Total No. of Floors _____

Number of Units (*Apartment Building*) __N.A__   Phone Number __713 822-0104__

Previous Type of Business (*if Different Than Proposed*) __None - Same - Star of Hope Mission__

Present or Proposed Type of Business __Mission - Residency - community__

Square Feet __53,647 sq. ft__

Mailing Address If Different Than Above
- Name: __City Code Girl Consulting LLC__
- Address: __14450 FM 2100 Ste. A339__
- City/State/Zip: __Crosby TX 77532__
- Email: __Lisa@citycodegirl.com__

Applicant Signature __[signature]__

*I hereby declare the above information is correct*

**Please Complete the Deed Restriction Unsworn Declaration**

### FEE SCHEDULE

| | | |
|---|---|---|
| Certificate of Compliance | | $447.29 |
| (Additional Floors Including Basement Levels) | Per Floor | $111.82 |
| Each Additional sq. ft. above 10,000 sq. ft. maximum of 200,000 sq .ft. | | $ 00.01 |
| Residential Multi-Family Buildings/Per Contiguous Project | (1 To 30 Units) | $447.29 |
| | (Each Additional Dwelling Unit) | $ 11.18 |
| Duplicate Certificate (Life Safety/Occupancy) | | $ 78.27 |
| Certificate Name Change Only | | $ 78.27 |
| Certificate for individual retail or office spaces less than 3,000 square feet in multi-tenant buildings | | $223.65 |
| If the certificate is requested in connection with the building core and the inspection is performed during the same inspection. | | $ 78.27 |
| Investigation fee (if warranted) | | $ 277.66 |

**Administrative Fee of $27.95 per Application Not Included**

### FOR OFFICE USE ONLY

Date _____   Application Processed By _____

Key Map Location _____   Inspection Zone _____

Project Number _____   Date of Inspection _____

**City of Houston
Occupancy Inspections Section
P.O. Box 2688
Houston, TX 77252-2688**

Form No: CE-1045A  rev 01/01/2017      (832) 394-8880      Public Works & Engineering      Page 1 of 1

PROJECT # (assigned by City): _____

## DECLARATION IN SUPPORT OF APPLICATION FOR CITY OF HOUSTON BUILDING PERMIT
(For Use by Corporate or Other Business Entity Owners)

STATE OF TEXAS §
§
COUNTY OF HARRIS §

"My name is **Lisa Brown** and my address is **14450 FM 2100 Ste. A339**
(First, Middle, Last)

**Crosby, TX 77532**. I am over the age of eighteen and I am legally competent to make this Declaration. I have personal knowledge of every fact stated herein and every fact stated herein is true and correct. This Declaration will be submitted to the City of Houston, Texas (the 'City') as part of the Application for a Building Permit for a project ('the Project') located or to be located in the **Star of Hope Mission Reserve** Subdivision, Block No. **1**, Lot No. **Res A** (the 'Land'). The physical mailing address of the Land is **419 Emancipation Ave**, **Houston** Texas **77003**.

The OWNER of the Land is **419 Hope Partners, LLC**, which is a **LLC**.
(Type of entity. i.e. Texas Corporation)
My position with **419 Hope Partners, LLC**, is that of **Agent/Proj. Manager**, as such, I am an authorized representative and, as such, authorized to execute this Declaration on the Owner's behalf. I understand this Declaration is binding on the Owner.

I also understand, for the purposes of this Application, the term 'Deed Restriction' means any and every restriction or covenant contained in (or incorporated by reference into) a plan, plat, replat, deed, or any other publicly recorded document that limits or affects the use of the Land in any way. I further understand copies of the Deed Restrictions, if any, are available for review at the office of the Clerk of the County in which the Land is located. **The Project does not violate the Deed Restrictions, if any, that apply to the Land.**

I UNDERSTAND AND AGREE that if any fact stated in this Declaration is false, the City may void any permit(s) issued by the City for the Project, and the City may order the Owner or its successor to remove all or part of the Project at my or our own expense.

I declare under penalty of perjury the foregoing is true and correct.

Executed in **Harris** County, State of Texas, on the **30** day of **March**, 20**18**.

_[signature]_
Authorized Representative of **419 Hope Partners, LLC**