

**CITY OF HOUSTON**
Houston Public Works

**Sylvester Turner**
Mayor

Carol Ellinger Haddock, P.E.
Director
P.O. Box 1562
Houston, Texas 77251-1562

832-395-2500
www.publicworks.houstontx.gov

August 10, 2018

Dr. Juan Jose Sanchez, CEO
Southwest Key Programs
6002 Jain Lane
Austin, TX 78721

**RE: Southwest Key Programs Properties**

Dear Mr. Juan J. Sanchez,

Thank you for your timely response.

To address the question posed in your letter the Certificate of Occupancy issued for the facility at 419 Emancipation is not valid for the intended use as stated in your letters.

The facility was originally permitted as a Group R1 occupancy (i.e. hotels, motels, and shelters), and based upon subsequent statements provided by Southwest Key, it has been determined the proposed use does not comply with the existing Certificate of Occupancy. (See attached letters.) Please note that at this time, the existing Certificate of Occupancy has not been revoked; however, it is not valid for the intended use.

My office has come to this decision based upon discrepancies that were noted in your written statements. Your facility was originally permitted as a women's shelter. However, you have since stated that the facility will be used at least partially for childcare and/or custodial care of unaccompanied minors. Unaccompanied minors, regardless of how they've become "unaccompanied", are not appropriate occupants for an R1 occupancy.

To proceed with your plans for this apparent change of use, please submit two complete sets of plans for review to the Houston Permitting Center.

Furthermore, at this time we cannot comply with your request to contact the Texas Department of Health and Human Services on your behalf. Based upon the information provided, we are unable to confirm that the existing Certificate of Occupancy is appropriate for your intended use.

Thank you for your prompt attention to this matter,

Mark Savasta, CFM, CBO, MCP
Houston Building Official
Houston Permitting Center
(832) 394-9555

Chief Richard Mann
Houston Fire Department
(832) 394-6702

**EXHIBIT 5**

Council Members: Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Steve Le   Greg Travis   Karla Cisneros   Robert Gallegos
Mike Laster   Martha Castex-Tatum   Mike Knox   David W. Robinson   Michael Kubosh   Amanda K. Edwards   Jack Christie, D.C.   Controller: Chris B. Brown