

Juan José Sánchez, Ed.D.
El Presidente/CEO
Austin, Texas

our mission
nuestra misión

Opening doors to opportunity so individuals can achieve their dreams.

Abriendo puertas de oportunidad para que todas las personas logren sus sueños.

board of directors

Victor Garza
Chair
Fresno, California

Orlando L. Martínez
Vice Chair
Atlanta, Georgia

Catherine Peña
Treasurer
Dallas, Texas

Rosa Sántis
Member
Austin, Texas

Elizabeth Gonzales
Member
Austin, Texas

Anselmo Villarreal
Member
Milwaukee, Wisconsin

06/27/2018
RE: Statement of Use of Building at 419 Emancipation Ave, Houston Texas

Southwest Key Programs has leased a building at 419 Emancipation. The building was used prior as a Shelter and Southwest Key programs intends on continuing to use the building as a shelter and provide shelter services. Southwest Key Programs is seeking a General Residential Operation license for ages 3-17 by the State of Texas. The request for ages 3-17 is to include all male and female unaccompanied minors. Southwest Key programs complies and meets all state of Texas licensing standards. The youth move freely in groups within the program. The site is secure for the safety of children. Our goal is to reunify our minors with properly vetted family members.

Adriana Gutierrez, MA, LPC-S
Regional Executive Director, Houston, San Antonio, Homestudy and Post Release Program
Southwest Key Programs

**EXHIBIT 8**

State of Texas
County of Harris

Subscribed and sworn to before me on this 27 day of June in the year 2018 by Adriana Gutierrez

Notary Public

Felipe Licea
My commission expires on February 28, 2021

FELIPE LICEA
Notary Public, State of Texas
Comm. Expires 02-28-2021
Notary ID 129327575