IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| SOUTHWEST KEY PROGRAMS, INC., <br><br> *Plaintiffs* <br><br> v. <br><br> CITY OF HOUSTON, <br><br> *Defendant.* | § § § § § § § § § § § § § § § | CIVIL ACTION <br> NO. 4:18-CV-03289 |

## BUSINESS RECORDS AFFIDAVIT OF BOB OAKES

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned authority, on this day personally appeared **Bob Oakes** who, being by me duly sworn, deposed as follows:

"My name is **Bob Oakes,** I am over twenty-one (21) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated and they are true and correct: I am a Deputy Assistant Director of the Houston Permitting Center, Houston Public Works department ("HPC") for the City of Houston, Texas, ("City"), and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. As such, I am the custodian of records for the Houston Permitting Center.

Attached as **Exhibit 1 to the City of Houston's Motion to Dismiss Under Rule 12(b)(1) ("COH MTD")** is Occupancy Name Change Application submitted by Southwestern Key Programs, Inc. ("SWK"), dated April 23, 2018. Attached as **Exhibit 2 to the COH MTD** is SWK's Certificate of Occupancy dated June 8, 2018. Attached as **Exhibit 3 to the COH MTD** is a June 26, 2018 letter from SWK.

Attached as **Exhibit 4 to the COH MTD** is a letter from the City of Houston dated August 3, 2018. Attached as **Exhibit 5 to the COH MTD** is a letter from the City of Houston dated August 10, 2018. Attached as **Exhibit 6 to the COH MTD** is a letter from the City of Houston dated August 14, 2018. Attached as **Exhibit 7 to the COH MTD** is a letter from the City of Houston dated August 16, 2018. Attached as **Exhibit 8 to the COH MTD** is a letter from SWK dated June 27, 2018. Attached as **Exhibit 9 to the COH MTD** is a letter from SWK dated August 10, 2018.

The City keeps these records in the regular course of its business activities for the City which is a municipality of the State of Texas. It is the regular practice of the City to make these types of records at or near the time of each act, event, condition, opinion, analysis, or diagnosis set forth in the records. It is the regular practice of the City for this type of record to be made and/or maintained by, or from information transmitted by, persons with knowledge of the matters set forth in the records. It is the regular business practice of the City to keep these types of records in the course of the City's regularly conducted activities. The records attached hereto are the originals or exact duplicates of the originals."

All statements of fact contained herein are true and correct and are within my personal knowledge.

**Bob Oakes – Custodian of Records for the City of Houston Permitting Center**

Subscribed and sworn to before me, the undersigned authority, appeared **Bob Oakes** on November 16, 2018, in Houston, Harris County, Texas.



NELDA JACKSON
NOTARY ID #357716-9
My Commission Expires
August 20, 2022

NOTARY PUBLIC STATE OF TEXAS