United States District Court
Southern District of Texas
**ENTERED**
March 26, 2019
David J. Bradley, Clerk

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTHWEST KEY PROGRAMS, INC. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:18-cv-3289 |
| CITY OF HOUSTON | § § § | |
| *Defendant.* | § § | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

On the motion of plaintiff Southwest Key Programs, Inc. ("Southwest Key") and defendant City of Houston, it is:

ORDERED that all claims asserted in this lawsuit are dismissed without prejudice to their refiling;

ORDERED that the City of Houston's Motion to Dismiss Under the Texas Citizen Participation Act [Dkt. 12] is withdrawn; and it is further

ORDERED that all costs of court and attorneys' fees shall be borne by the party incurring same.

This is a final judgment disposing of all claims and causes of action.

ENTERED this 25 day of _Mar_____, 2019.

_____
Judge David Hittner

APPROVED AS TO FORM
AND ENTRY REQUESTED:

**Buck Keenan LLP**

By: */s/ J. Robin Lindley*
J. Robin Lindley
State Bar No. 12366100
SDTX Bar No. 9693
lindley@buckkeenan.com
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 (fax)

**ATTORNEY-IN-CHARGE FOR SOUTHWEST KEY PROGRAMS, INC.**

**OF COUNSEL**
Laura Gleen
State Bar No. 24085329
SDTX Bar No. 1673869
lgleen@buckkeenan.com
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 (fax)


RONALD C LEWIS
CITY ATTORNEY
JUDITH L. RAMSEY
CHIEF, GENERAL LITIGATION SECTION

By:     */s/ Brian A. Amis* (with permission)
Tiffany S. Bingham
Senior Assistant City Attorney
ATTORNEY IN CHARGE
State Bar No. 24012287
S.D. Bar No. 1077536
tiffany.bingham@houstontx.gov

CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6445
832.393.6259 (facsimile)
**ATTORNEY-IN-CHARGE FOR
CITY OF HOUSTON**

**OF COUNSEL**
Brian A. Amis
Senior Assistant City Attorney
State Bar No. 24040424
S.D. Bar No. 37342
brian.amis@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6464
832.393.6259 (facsimile)

## CERTIFICATE OF SERVICE

On March 22, 2019, I electronically submitted this pleading to the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically or by another manner provided by Federal Rules of Civil Procedure 5(b) (2).

                                               */s/ J. Robin Lindley*
                                               J. Robin Lindley